IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT DODSON

        Plaintiff,                   No. CIV S-04-1068 MCE CMK

     vs.

DOLLAR TREE STORES, INC., et al.,

        Defendants.

_____/      <u>ORDER</u>

        Plaintiff's motion to compel sanctions against defendant Jason Matecki for failure to respond to discovery request and failure to appear for his noticed deposition came on for regular hearing on April 12, 2005. Scott Hubbard appeared for plaintiff. Defendant, who is pro se, did not appear. In his motion, plaintiff alleges that defendant Matecki has failed to respond to any discovery requests or to appear for his noticed deposition. A review of the docket shows that defendant Matecki filed an answer on July 14, 2004 and filed a joint status report on August 20, 2004.

///

///

///

1

1       Good cause appearing, IT IS ORDERED that within fifteen days from the date this order is filed, defendant Matacki will show good cause why this court should not impose sanctions for his failure to respond to discovery requests and to appear at his deposition. Failure to comply with this order will result in the imposition of sanctions.

DATED: April 21, 2005

                        /s/   **CRAIG M. KELLISON**
                        Craig M. Kellison
                        UNITED STATES MAGISTRATE JUDGE

|    |    |    |
|----|----|----|
| 1  |    |    |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

              Plaintiff,                            No. CIV

  vs.

                                      NOTICE OF SUBMISSION

            Defendants.                    OF DOCUMENTS

_____/

      Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

      _____ completed summons form

      _____ completed USM-285 forms

      _____ copies of the _____

            Complaint/Amended Complaint

DATED:

                                                    _____

                                                    Plaintiff