IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT DODSON

    Plaintiff,                        No. CIV S-04-1068 MCE CMK

    vs.

DOLLAR TREE STORES, INC., et al.,

    Defendants.

_____/    <u>ORDER</u>

Currently before the court is defendant Jason Matecki's May 10, 2005 letter requesting "the court to allow [him] to obtain counsel..." and "sufficient time to obtain his own attorney." Defendant Matecki is advised that he does not need the permission of the court to obtain an attorney to represent him. However, defendant Matecki is advised that his search for an attorney does not relieve him of the sanctions and deadlines imposed upon him in the Court's May 11, 2005 order.

DATED: May 16, 2005.

                                      **CRAIG M. KELLISON**
                                      UNITED STATES MAGISTRATE JUDGE

1
2
3
4
5
6
7
8
9
10
11
12
13
14
15
16
17
18
19
20
21
22
23
24
25
26

|     |     |     |
| --- | --- | --- |
| 1   |     |     |
| 2   |     |     |

IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

```
                Plaintiff,                      No. CIV

        vs.
                                                NOTICE OF SUBMISSION
                Defendants.                       OF DOCUMENTS
_____/
```

Plaintiff hereby submits the following documents in compliance with the court's order filed _____:

\_\_\_\_\_        completed summons form

\_\_\_\_\_        completed USM-285 forms

\_\_\_\_\_        copies of the _____

Complaint/Amended Complaint

DATED:

_____
Plaintiff