IN THE UNITED STATES DISTRICT COURT

FOR THE EASTERN DISTRICT OF CALIFORNIA

ROBERT DODSON,

        Plaintiff,

   v.

DOLLAR TREE STORES, INC.,
ET AL.,

        Defendants.

                           /

No. CIV S-04-1068 MCE CMK

ORDER

Plaintiff filed this action against defendants Dollar Tree Stores and Jason Matacki alleging that she was discriminated against by encountering various architectural barriers in violation of the ADA and California law. This matter was referred to a United States Magistrate Judge for discovery pursuant to 72-302(c).

On June 8, 2005, the magistrate judge filed findings and recommendations herin which were served on all parties and which contained notice to all parties that any objections to the findings and recommendations were to be filed within twenty days.

1

1  Neither party has filed objections.
2       Accordingly, IT IS HEREBY ORDERED that:
3       1.  The findings and recommendations filed June 8, 2005, are
4  adopted in full; and
5       2.  Defendant Matecki is prohibited from introducing
6  evidence at trial and from testifying on his own behalf at trial.
7  DATED: July 21, 2005

                                    _____
                                    MORRISON C. ENGLAND, JR
                                    UNITED STATES DISTRICT JUDGE