1  LYNN HUBBARD, III, SBN 69773
   SCOTTLYNN J HUBBARD IV, SBN 212970
2  LAW OFFICES OF LYNN HUBBARD, III
   12 WILLIAMSBURG LANE
3  CHICO, CA 95926
   Telephone:  (530) 895-3252
4  Fax:  (530) 894-8244

5  Attorneys for Plaintiff
   ROBERT DODSON
6
   JASON B. MATECKI
7  IN PRO PER
   3401 Conant Avenue
8  Modesto, CA 95356
   Telephone:  (209) 610-4268
9  Fax:  (209) 523-0129

10 SHANE SINGH
   KRING & CHUNG LLP
11 2151 River Plaza Drive, Suite 310
   Sacramento, CA 95833
12 Telephone: (916) 564-7000
   Fax: (916) 564-6000
13
   Attorney for Defendant
14 DOLLAR TREE STORES, INC.

15

16                     UNITED STATES DISTRICT COURT

17                     EASTERN DISTRICT OF CALIFORNIA

18 ROBERT DODSON,                         Case No. CIV. S 04-1068 MCE CMK

19      Plaintiff,

20 v.                                     **REQUEST FOR DISMISSAL AND
                                          ORDER THEREON AS TO DEFENDANT
21 DOLLAR TREE STORES, INC. dba           JASON B. MATECKI ONLY**
   DOLLAR TREE #1203; JASON B.
22 MATECKI; and DOES 1 through 10,

23      Defendants.
                                       /
24

25      TO THE COURT AND ALL PARTIES:

26      Pursuant to a Settlement Agreement and Release between plaintiff, ROBERT

27 DODSON, and defendant, JASON B. MATECKI, the parties hereby request that the Court

28 dismiss the above-entitled action, with prejudice, **as to defendant JASON B. MATECKI**.

Case 2:04-cv-01068-MCE-CMK   Document 30   Filed 07/21/05   Page 2 of 2

Nothing is this Request for Dismissal shall be construed to affect plaintiff's complaint and claims in the above-referenced case against defendants other than defendant JASON B. MATECKI.

| Dated: July 19, 2005 | LAW OFFICES OF LYNN HUBBARD, III |
|---|---|
| | /S/ Lynn Hubbard, III<br>LYNN HUBBARD, III<br>Attorney for Plaintiff<br>ROBERT DODSON |
| Dated: July 19, 2005 | JASON MATECKI |
| | *Signature on File*<br>JASON B. MATECKI<br>IN PRO PER |
| Dated: July 6, 2005 | KRING & CHUNG LLP |
| | *Signature on File*<br>SHANE SINGH<br>Attorney for Defendant<br>DOLLAR TREE STORES, INC. dba<br>DOLLAR TREE #1203 |

### ORDER

IT IS HEREBY ORDERED that the complaint of plaintiff, USDC Case No. CIV.S-04-1068 MCE CMK, is hereby dismissed with prejudice **as to JASON B. MATECKI only**.

Dated: July 21, 2005

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE