Lynn Hubbard, III, SBN 69773
Adam Sorrells, SBN 160226
Mark Emmett, SBN 182053
**Law Offices of Lynn Hubbard**
12 Williamsburg Lane
Chico, CA 95926
(530) 895-3252

Attorney for Plaintiff

THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DODSON, <br><br> Plaintiff, <br><br> vs. <br><br> DOLLAR TREE STORES, INC. dba DOLLAR TREE #1203, et al., <br><br> Defendant. | Case No. 2:4-cv-1068-MCE-CMK <br><br> **Stipulation to Abandon Claims for Statutory Damages and Waive Jury Trial** <br><br> Trial:  June 28, 2006 <br> Time:  9:00 a.m. <br> Crtm:  3, 15th Floor <br><br> Honorable Morrison C. England, Jr. |

　　　IT IS HEREBY STIPULATED between the plaintiff on the one hand, and the defendant on the other, through their respective counsel, as follows:

　　　1.　　Plaintiff hereby waives his claims for statutory damages under California Civil Code sections 52(a) ("Unruh Civil Rights Act") and 54.3(a) ("Disabled Persons Act") as prayed for in Plaintiff's Third and Fourth Claims for Relief.  As such, Plaintiff is now only seeking Injunctive Relief.

*Dodson v. Dollar Tree, et al.,* Case No. CIV.S 04-1068 MCE CMK
Stipulation to Abandon Claims for Statutory Damages and Waive Jury Trial
Page 1

2.   In consideration of Plaintiff's waiver of statutory damages, the Parties respectfully request that the matter be tried by the Court without a Jury.  Defendant hereby waives its right to a jury trial in this matter.

3.   The Parties now anticipate a one to two day Court Trial.

Dated: June 21, 2006   LAW OFFICES OF LYNN HUBBARD

/s/ Mark Emmett, Esquire
MARK EMMETT
Attorney for Plaintiff

Dated: June 21, 2006   KRING & CHUNG

/s/ Shane Singh, Esquire
SHANE SINGH
Attorney for Defendant

**ORDER**

GOOD CAUSE APPEARING, the foregoing is approved.  Court Trial in this matter shall commence on June 28, 2006 at 9:00 a.m.  In light of the parties stipulation to waive damages and jury trial, the time for court trial will be one (1) day. The hearing date of June 27, 2006 regarding Motions in Limine and other Pre-Trial motions is vacated, as they shall be heard on June 28, 2006 at 9:00 a.m.

Dated: June 26, 2006

MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

*Dodson v. Dollar Tree, et al.,* Case No. CIV.S 04-1068 MCE CMK
Stipulation to Abandon Claims for Statutory Damages and Waive Jury Trial
Page 2