LAW OFFICES
KRING & CHUNG, LLP
2151 RIVER PLAZA DR.
SUITE 310
SACRAMENTO, CALIFORNIA 95833
TELEPHONE (916) 564-7000

Shane Singh, Attorney Bar No. 202733
Attorneys for Defendant, DOLLAR TREE STORES, INC.

UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| ROBERT DODSON,<br><br>    Plaintiff,<br><br>    v.<br><br>DOLLAR TREE STORES, INC.; dba DOLLAR TREE #1203; 98 CENTS 'N DEALS; JASON B. MATECKI; and DOES 1 through 10,<br><br>    Defendant. | No. 2:04-cv-1068-MCE-CMK<br><br>**ORDER CONTINUING HEARING DATE OF PLAINTIFF'S MOTION FOR ATTORNEY FEES, INCLUDING LITIGATION EXPENSES AND COSTS** |

Good cause appearing, it is hereby ordered:

That Plaintiff ROBERT DODSON'S Motion and Motion for Attorney Fees, Including Litigation Expenses and Costs is hereby continued to October 30, 2006 at 9:00 a.m. in Courtroom 3 of the above-referenced Court. No oral argument is requested at this continued hearing. All opposition and reply briefs shall be filed in accordance with the new hearing date.

Date: August 23, 2006

_____
MORRISON C. ENGLAND, JR
UNITED STATES DISTRICT JUDGE

